IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOSEPH PARSONS, | : | |
| Petitioner, | : | Case No. 3:07CV0330 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| Warden, Lebanon Correctional Institution, | : | |
| | : | |
| Respondent. | | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON SEPTEMBER 12, 2007 (Doc. #3); DISMISSING PETITIONER'S PETITION FOR HABEAS CORPUS (Doc. #1); AND TERMINATING CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 12, 2007 (Doc. #3) is ADOPTED;

2. Joseph Parsons' Petition for a Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED as time barred;

2. A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

3. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge